IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN MCDOWELL,

    Plaintiff,

v.

DEPUTY WARDEN ROY ODOM; LT.
RODNEY FOULKS; and SGT. MARCUS
MIKELL,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-24

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 35. Plaintiff did not file Objections to the Report and Recommendation. Additionally, the Court issued an Order contemporaneously with the Report and Recommendation directing Plaintiff to show cause why his cause of action should not be dismissed based on his failure to notify the Court of any change in address. Doc. 36. These mailings were returned to the Court as undeliverable to Plaintiff at his last provided address, with the notations: "RTS-Released, 10-15-2021" and "Return to Sender, Unable to Forward." Doc. 37.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Motion for Partial Summary Judgment, and **DISMISSES** Plaintiff's excessive force claims against all Defendants and his failure to protect claim against Defendants Odum and Foulks. Plaintiff's failure to protect claim against Defendant Mikell would remain pending ordinarily, but Plaintiff failed to notify the Court of any change in

address, as required under this Court's Local Rules and by this Court's Orders, and failed to show cause why his cause of action should not be dismised. Therefore, the Court **DISMISSES without prejudice** the remaining portion of Plaintiff's Complaint for failure to follow this Court's Orders and Local Rules, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

SO ORDERED, this 27th day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA